UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08CV137-MR-DCK

| | | |
|---|---|---|
| ANTHONY J. ALLMENDINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CSS STELLAR, PLC aka CSS STELLAR MANAGEMENT, LTD., | ) ) | |
| | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, and noting Plaintiff's consent, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Documents Under Seal" (Document No. 3) is **GRANTED** and Defendant can hereby electronically file under seal Exhibit A to Plaintiff's Complaint.

Signed: April 1, 2008

David C. Keesler
United States Magistrate Judge