# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08 cv 137

| | |
|---|---|
| ANTHONY ALLMENDINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CSS STELLAR PLC aka CSS ) | |
| STELLAR MANAGEMENT, LTD., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the motion of D. Blaine Sanders [Doc. 8], counsel for the Defendant, for the admission of Andrew W. Hull *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and Andrew W. Hull is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: April 9, 2008

Martin Reidinger
United States District Judge