# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08 cv 137

| | |
|---|---|
| ANTHONY ALLMENDINGER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CSS STELLAR PLC aka CSS )<br>STELLAR MANAGEMENT, LTD., )<br>)<br>Defendant. )<br>)<br>_____) | O R D E R |

**THIS MATTER** is before the Court on the motion of D. Blaine Sanders [Doc. 9], counsel for the Defendant, for the admission of Jason L. Fulk *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and Jason L. Fulk is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: April 9, 2008

Martin Reidinger
United States District Judge